**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

*ex rel.,* MICHAEL KEECH,

Plaintiff/Relator,

vs.

LEND-A-LOAN, LLC and UNITED WHOLESALE MORTGAGE,

Defendants.
_______________________________________ /

Civil No. 24-cv-12611

Honorable Judge F. Kay Behm
Mag. Judge David R. Grand

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

*Qui tam* plaintiff Michael Keech ("Relator"), having filed a Request for Dismissal of Action pursuant to Federal Rule of Civil Procedure 41(a)(2), seeking the dismissal, without prejudice, of the above-captioned action; and the United States of America having consented, in the interests of justice, to such dismissal, the Court rules as follows:

**IT IS HEREBY ORDERED,** that this action is dismissed without prejudice as to the Relator and as to the United States.

**SO ORDERED.**

Date: August 17, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge